**UNITED STATES of America, Plaintiff–Appellee,**

v.

**SEALED APPELLANT, Defendant–Appellant.**

No. 05–40921.
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Decided June 14, 2006.

Before HIGGINBOTHAM, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM: *

Counsel on direct appeal has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of counsel's brief, the record, and the appellant's response discloses no nonfrivolous issues

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. The motion for leave to supplement pleadings with a memorandum of law is DENIED as unnecessary as we have considered the appellant's response to counsel's *Anders* motion.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.